*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF NEW YORK*

**JOHNATHAN JOHNSON**

    vs.                                     Case No.   9:14-CV-1151   LEK/DJS

**VIJAY-KUMAR-MANDALAY WALA**

## ORDER FOR TELEPHONE CONFERENCE

The Court hereby ORDERS the arrangement and participation of:

1. Name of detainee:                 Johnathan Johnson

2. Prisoner ID #:                   89-A-1042

3. Detained by:                     Upstate Correctional Facility
                                            309 Bare Hill Road
                                            P.O. Box 2000
                                            Malone, New York 12953

4. Detainee is:                 (A)   (X)   **Plaintiff in a Civil Action**

                                  (B)   (  )   **A witness not otherwise available by the ordinary process of the Court**

**5. Participation of Inmate Johnathan Johnson (89-A-1042) is hereby ORDERED on <u>Friday, March 18, 2016</u> at <u>11:00 a.m.</u> for a telephone conference to be conducted by Magistrate Judge Daniel J. Stewart. The Court will initiate the conference call.**

**SO ORDERED,**

Date:   <u>March 1, 2016</u>

                                                    Daniel J. Stewart
                                                    U.S. Magistrate Judge

cc:   Johnathan Johnson, via U.S. Postal Service
      Upsate Correctional Facility, via E-mail and U.S. Postal Service
      David J. Sleight, AAG, via CM/ECF