*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF NEW YORK*

**JOHNATHAN JOHNSON**

    vs.                                        Case No.   9:14-CV-1151   LEK/DJS

**VIJAY-KUMAR-MANDALAY WALA**

## ORDER FOR TELEPHONE CONFERENCE

The Court hereby ORDERS the arrangement and participation of:

1. Name of detainee:                Johnathan Johnson

2. Prisoner ID #:                   89-A-1042

3. Detained by:                     Upstate Correctional Facility
                                              309 Bare Hill Road
                                              P.O. Box 2000
                                              Malone, New York 12953

4. Detainee is:             (A)    (X)    **Plaintiff in a Civil Action**

                             (B)    ( )    **A witness not otherwise available by the ordinary process of the Court**

**5. Participation of Inmate Johnathan Johnson (89-A-1042) is hereby ORDERED on <u>Tuesday, April 5, 2016</u> at <u>10:00 a.m.</u> for a telephone conference to be conducted by Magistrate Judge Daniel J. Stewart. The Court will initiate the conference call.**

**SO ORDERED,**

Date:  <u>March 21, 2016</u>

                                                                         Daniel J. Stewart
                                                                         U.S. Magistrate Judge

cc:    Johnathan Johnson, via U.S. Postal Service
       Upstate Correctional Facility, via E-mail and U.S. Postal Service
       David J. Sleight, AAG, via CM/ECF